B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re

**Elizabeth Wideman / Debtor**

Case No: **18-26041**

Chapter: **Chapter 7**

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For pre-petition legal services, I have agreed to accept: | $1,200.00 |
| Prior to the filing of this statement I have received: | $1,200.00 |
| Balance Due | $0.00 |
| Post Case-Filing Work Pre-Paid: | $0.00 |
| For post-petition legal services, I have agreed to accept: | $1,300.00 |
| Plus reimbursement of filing fee: | $335.00 |
| Prior to the filing of this statement I have received: | $0.00 |
| Balance Due | $1,635.00 |

2. The source of the compensation paid to me was:

   ☒ Debtor(s)    ☐ Other: (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor(s)    ☐ Other: (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor post-filing;
   b. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   Fee does NOT include missed meeting or court dates, amendments to schedules, adversary complaints or converstion to another chapter, judicial lien avoidances, dischargeability actions, orther contested matters except the first meeting of creditors.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

Date: 10/08/2018    /s/ Jason A. Kara
*Date*    *Signature of Attorney*

Geraci Law L.L.C.
*Name of law firm*

---

Record #   790454    Page 1 of 1

# Geraci Law L.L.C.

National Headquarters: 55 E. Monroe Street, #3400 Chicago, IL 60603 312.332.1800 help@geracilaw.com

## Contract for Post-Filing Work

Congratulations! We filed your Chapter 7 petition and advanced $335 to the Clerk of Court for their filing fee! Your Bankrutpcy Docket # is: **18-26041**. **If you don't see a number do NOT sign this.**

Total Estimated fee was

**Before filing:**

  $1200.00 for work done BEFORE filing

  $1200.00 paid for work BEFORE filing

  $0 Balance for work BEFORE filing

**After filing:**

  $1300.00 Fee for work AFTER filing

  $335 Repayment of your court filing fee we paid for you to the Clerk after filing.

$0.00 Paid in advance for work AFTER filing,

**Balance: $1635.00 DUE AFTER filing…only if you sign this**

1. **Flat Fee:** You may choose to pay us instead at an hourly rate of up to $450/hr. The advantage of a flat fee is that you know in advance the cost, and we usually find it is cheaper for you. "Flat fees" and "advance payment retainers" are ours when paid, subject to refund of unearned fees

2. You don't have to sign this agreement: if you don't want to pay us, tell us right now. We will not withdraw from representing you because you refuse to sign this agreement.

3. If you sign this, we will start auto debit at the same rate as before.

4. You can make extra payments online or different arrangements, by calling.

5. Sign this only if you want to pay us. Get advice from an attorney if you like.

6. Geraci Law L.L.C. will perform the following post-petition services:

a. Preparation for and attendance at 1st meeting of creditors

b. Notifying creditors and payroll department

c. Reaffirmations and other meetings and correspondence with my creditors,

d. Correspondence and negotiations with my Chapter 7 Trustee (if required),

e. Reminding you about, and Filing of debtor education taken timely

f. Answering your questions

g. Providing any required documents to the US Trustee or to you

h. Revoking IRS power of attorney

i. Post discharge such as copies of documents and correspondence with creditors

7. **Your post-filing fee does NOT include:** Missed court dates; Amendments ($150 minimum), Audits, Work on asset cases, Examinations in addition to meeting of creditors, Contested matters, Motions, Objections to discharge ($250-$450/hr. minimum 8hrs in advance), Adversary Complaints, Excessive work caused by you, non-bankruptcy representation of any kind, court filing fees, or costs for credit counseling or financial management classes, vacating orders closing without discharge, additional work because of change in circumstances, debts, assets, or income, or representing you in trustee administration or liquidation of non-exempt assets.

8. **Wisconsin:** if you dispute a fee issue with us and we don't resolve it, you may submit it to binding arbitration after 30 days, with the Wisconsin Lawyers fund for Client Protection (c/o State Bar of Wisconsin, P.O. Box 7158, Madison, WI 53707-7158)

Your Bankruptcy Docket # is: **18-26041** and your case was filed on 09/17/2018. If you don't see this number do NOT sign this. If you do, please proceed to sign the document.

I, **Elizabeth Wideman**, hereby swear or affirm under penalty of perjury that I am, in fact, the person digitally signing this document, and agree to pay the amount listed above for attorney fees and services to Geraci Law L.L.C.

Signed: *[signature]* Date: 10/08/18
Name: Elizabeth Wideman
Attorney: */S/ Jason Kara*     Date: 10/08/18

Record#: 790454

## Geraci Law L.L.C. Bankruptcy Disclaimers, Disclosures and Information

### FEDERAL TRUTH IN LENDING DISCLOSURE STATEMENT

This is **NOT** a loan transaction. We are only providing this to you because you are paying us in installments. There is No Demand Feature, Variable Feature, Security Interest in any Property, provision for Credit Life, Property, Flood or Disability Insurance, No Late Fee, NSF fee, Recording Fee, Late or Early Payment Penalty, and the underlying contract is not Assignable, Assumable or Transferable.

Annual percentage rate, the cost of your credit as a yearly rate: 0%

Finance charge, dollar amount the credit will cost you: 0

Amount Financed

The amount of your attorney fee: $1635.00

The amount of your court cost: $0

Total: $1635.00

Payment schedule: You can pay us all at once or in installments until attorney fees and court costs are paid in full.

## Acknowledgement

By signing below you indicate that you have received a copy of this prior to the execution of the underlying contract documents.

Signed: _[signature]_                                      Date: 10/19/2018

Name: Elizabeth Wideman

Record#: 790454